FRANK J. MAGUIRE, as Executor of GERTRUDE B. ZULAUF, Deceased, Appellant, *v.* NATHAN E. BLODGETT, Defendant, and PUGET SOUND COMPANY, INC., Respondent.

Argued May 18, 1943; decided June 18, 1943.

*Edward N. Mills, Jr.,* for appellant.

*Frank Gibbons* for respondent appearing specially.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.